FILED:  June 6, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1541
(1:13-cv-01181-LMB-TCB)

_____

In re: NATIONAL HERITAGE FOUNDATION, INCORPORATED

　　　　Debtor

------------------------------

JONATHAN D. MILLER; NYE, PEABODY, STIRLING, HALE & MILLER, LLP

　　　　Appellants

v.

NATIONAL HERITAGE FOUNDATION, INCORPORATED

　　　　Debtor - Appellee

 and

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL HERITAGE FOUNDATION, INCORPORATED

　　　　Creditor

JUDY A. ROBBINS, II

　　　　Trustee

JANET RIDGELY

      Debtor

JOHN R. BEHRMANN; NANCY BEHRMANN; DANIEL J. SCHENDZIELOS; SCHENDZIELOS & ASSOCIATES, LLC

      Parties Below

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:13-cv-01181-LMB-TCB |
| Date notice of appeal filed in originating court: | 06/03/2014 |
| Appellant (s) | Jonathan D. Miller; Nye, Peabody, Stirling, Hale & Miller, LLP |
| Appellate Case Number | 14-1541 |
| Case Manager | Cathy Poulsen 804-916-2704 |