IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Case Nos. 14-1541(L), 14-1543, and 14-1576 (Consolidated)
(1:13-cv-01181-LMB-TCB)
(09-10525-BFK)

| | |
|---|---|
| In re: NATIONAL HERITAGE FOUNDATION, INC., <br>    Debtor <br> ---------------------------- <br> JONATHAN D. MILLER, et al., <br>    Appellants, <br> v. <br> NATIONAL HERITAGE FOUNDATION, INC., <br>    Debtor-Appellee. | |
| In re: NATIONAL HERITAGE FOUNDATION, INC., <br>    Debtor <br> ---------------------------- <br> DANIEL J. SCHENDZIELOS, et al., <br>    Appellants, <br> v. <br> NATIONAL HERITAGE FOUNDATION, INC., <br>    Debtor-Appellee. | MOTION FOR EXTENSION OF TIME TO FILE JOINT APPENDIX AND APPELLANTS' OPENING BRIEF <br>(Fed. R. App. P. 26(b)) |
| In re: NATIONAL HERITAGE FOUNDATION, INC., <br>    Debtor <br> ---------------------------- <br> JOHN R. BEHRMANN, et al., <br>    Appellants, <br> v. <br> NATIONAL HERITAGE FOUNDATION, INC., <br>    Debtor-Appellee. | |

PURSUANT to Federal Rule of Appellate Procedure 26(b), Appellants in the above matters move for a 14-day extension of the time for filing the Joint Appendix and Opening Brief. In support of this motion, Appellants show the Court as follows:

1. The initial briefing order in this case [Docket No. 17], called for the Joint Appendix and Appellants' Opening Brief to be filed on or before August 11, 2014. While the parties engaged in settlement discussions led by Thomas F. Ball III, the mediator appointed by this Court, Mr. Ball caused this deadline to be extended twice, first to September 2, 2014 [Docket No. 20], and then to October 2, 2014 [Docket No. 21].

2. Mr. Ball declared an impasse in the mediation on September 4, 2014.

3. The schedule of John Bloss, lead counsel for Appellants in this appeal, has been, and will continue to be, extremely busy since the impasse was declared, including the following:

(a) Mr. Bloss was the primary author of three briefs filed on September 8 and September 15, 2014, including Appellee's Brief and two responses in opposition to motions filed by the Debtor, in related bankruptcy court appeals now pending in the U.S. District Court for the Eastern District of Virginia, *Behrmann,*

*et al. v. Nat'l Heritage Found., Inc. (In re Nat'l Heritage Found., Inc.*, 1:14cv00859, 1:14cv00875, and 1:13cv01181;

(b) Oral argument has been set by the District Court in the above matters on September 26, 2014, in Alexandria Virginia;

(c) Mr. Bloss is preparing and expects to file a motion for summary judgment and supporting brief this week in an adversary proceeding pending in the U.S. Bankruptcy Court for the Western District of North Carolina, *McCoullough v. Foster,* (*In re Foster*), Case No. 13-31088 (Bankr. W.D.N.C.);

(d) Five different sets of defendants in an action pending in the North Carolina Business Court in which Mr. Bloss is plaintiff's counsel, *Universal Cab Co. Inc., et al., v. City of Charlotte, et al.,* No. 14 CvS 10914 (Mecklenburg County, N.C.), have filed separate motions to dismiss and supporting briefs. Plaintiff's response briefs are due on October 6 and October 8, 2014. Mr. Bloss expects his work on these briefs will take more than a week of research and writing.

4. Because of complexity of the fact and legal issues involved in this appeal other work obligations, the undersigned requires an additional 14 days to properly research and prepare the Joint Appendix and Appellant's Opening Brief.

5. The undersigned counsel has conferred with counsel for Appellee, Erika Morabito, who indicated that Appellees do not consent to the requested extension of time.

WHEREFORE, Appellants respectfully request that the Court extend the deadline for the filing of the Joint Appendix and Appellants' Opening Brief by 14 days, to and including October 16, 2014.

This, the 17th day of September, 2014.

/s/ **John F. Bloss**
John F. Bloss
Higgins Benjamin PLLC
101 West Friendly Ave., Suite 500
Greensboro, NC 27401
jbloss@greensborolaw.com

/s/ **Lelia Winget-Hernandez**
Lelia Winget-Hernandez VSB# (46183)
WINGET-HERNANDEZ, P.C.
5570 Richmond Rd., Suite 201
Troy, Virginia 22974
Telephone: 434-589-2958
lelia@winget-hernandez.com

/s/ **Jonathan D. Miller**
Jonathan D. Miller
Nye, Peabody, Stirling, Hale & Miller LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
jonathan@nps-law.com

/s/ **Daniel J. Schendzielos**
Daniel J. Schendzielos
Schendzielos & Associates LLC
8547 East Arapahoe Road, Suite J-534
Greenwood Village, CO 80112
denverdaniel@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Erika L. Morabito, Esq.
>Rory E. Adams, Esq.
>David B. Goroff, Esq.
>Alan M. Noskow, Esq.
>Brittany Nelson, Esq.
>Foley & Lardner, LLP
>300 K Street N.W., Ste. 600
>Washington, DC 20007-5109
>*Attorney for Appellee National Heritage Foundation, Inc.*

>**/s/ John F. Bloss**
>*Counsel for Appellants*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification and a copy of such filing electronically to the following: Molly M. Shah and Stephen D. Dellinger, attorneys for defendants.

      This, the 21st day of March, 2014.


                                      /s/Jon Wall_____
                                      Attorney for Plaintiff