FILED: September 17, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1541 (L)
(1:13-cv-01181-LMB-TCB)
(09-10525-BFK)

_____

In re: NATIONAL HERITAGE FOUNDATION, INCORPORATED

      Debtor

-------------------------------

JONATHAN D. MILLER; NYE, PEABODY, STIRLING, HALE & MILLER, LLP

      Appellants

v.

NATIONAL HERITAGE FOUNDATION, INCORPORATED

      Debtor - Appellee

and

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL HERITAGE FOUNDATION, INCORPORATED

      Creditor

JUDY A. ROBBINS, II

      Trustee

JANET RIDGELY

      Debtor

JOHN R. BEHRMANN; NANCY BEHRMANN; DANIEL J. SCHENDZIELOS; SCHENDZIELOS & ASSOCIATES, LLC

      Parties Below

---

O R D E R

---

The court grants an extension of the briefing schedule as follows:

Appendix due: 10/16/2014

Opening brief due: 10/16/2014

Response brief due: 11/17/2014

Any reply brief: 14 days from service of response brief.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk