IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Case Nos. 14-1541(L), 14-1543, and 14-1576 (Consolidated)
(1:13-cv-01181-LMB-TCB)
(09-10525-BFK)

| | |
|---|---|
| In re: NATIONAL HERITAGE FOUNDATION, INC.,<br>　　Debtor<br>-----------------------------<br>JONATHAN D. MILLER, et al.,<br>　　Appellants,<br>v.<br>NATIONAL HERITAGE FOUNDATION, INC.,<br>　　Debtor-Appellee.<br>_____<br><br>In re: NATIONAL HERITAGE FOUNDATION, INC.,<br>　　Debtor<br>-----------------------------<br>DANIEL J. SCHENDZIELOS, et al.,<br>　　Appellants,<br>v.<br>NATIONAL HERITAGE FOUNDATION, INC.,<br>　　Debtor-Appellee.<br>_____<br><br>In re: NATIONAL HERITAGE FOUNDATION, INC.,<br>　　Debtor<br>-----------------------------<br>JOHN R. BEHRMANN, et al.,<br>　　Appellants,<br>v.<br>NATIONAL HERITAGE FOUNDATION, INC.,<br>　　Debtor-Appellee. | **MOTION FOR EXTENSION OF TIME TO FILE JOINT APPENDIX AND APPELLANTS' OPENING BRIEF**<br>(Fed. R. App. P. 26(b)) |

PURSUANT to Federal Rule of Appellate Procedure 26(b), Appellants in the above matters move for a seven-day extension of the time for filing the Joint Appendix and Opening Brief. In support of this motion, Appellants show the Court as follows:

1. The initial briefing order in this case [Docket No. 17], called for the Joint Appendix and Appellants' Opening Brief to be filed on or before August 11, 2014. While the parties engaged in settlement discussions led by Thomas F. Ball III, the mediator appointed by this Court, Mr. Ball caused this deadline to be extended twice, first to September 2, 2014 [Docket No. 20], and then to October 2, 2014 [Docket No. 21].

2. Mr. Ball declared an impasse in the mediation on September 4, 2014.

3. Upon Appellants' motion filed September 17, 2014, the Court, on the same date, extended the briefing schedule by two weeks, so that Appellants' brief is currently due October 16, 2014.

4. This is a consolidated appeal involving three different sets of Appellants, and arises from two separate bankruptcy court rulings and a district court opinion affirming those rulings. The procedural background of the case includes two previous appeals to this Court as well as numerous rulings in the

2

lower courts relevant to the issues on appeal. Likewise, the legal issues involved in the appeal are quite complex.

     5.     Because of complexity of the fact and legal issues involved in this appeal other work obligations, the undersigned requires an additional seven days to properly research and prepare Appellant's Opening Brief.

     6.     The undersigned counsel has conferred with counsel for Appellee, David Goroff, who indicated that Appellees do not consent to the requested extension of time.

WHEREFORE, Appellants respectfully request that the Court extend the deadline for the filing of the Joint Appendix and Appellants' Opening Brief by seven days, to and including October 23, 2014.

This, the 14th day of October, 2014.

          **/s/ John F. Bloss**
          John F. Bloss
          Higgins Benjamin PLLC
          101 West Friendly Ave., Suite 500
          Greensboro, NC 27401
          jbloss@greensborolaw.com

          **/s/ Lelia Winget-Hernandez**
          Lelia Winget-Hernandez VSB# (46183)
          WINGET-HERNANDEZ, P.C.
          5570 Richmond Rd., Suite 201
          Troy, Virginia 22974
          Telephone: 434-589-2958
          lelia@winget-hernandez.com

          **/s/ Jonathan D. Miller**
          Jonathan D. Miller
          Nye, Peabody, Stirling, Hale & Miller LLP
          33 West Mission Street, Suite 201
          Santa Barbara, CA 93101
          jonathan@nps-law.com

          **/s/ Daniel J. Schendzielos**
          Daniel J. Schendzielos
          Schendzielos & Associates LLC
          8547 East Arapahoe Road, Suite J-534
          Greenwood Village, CO 80112
          denverdaniel@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Erika L. Morabito, Esq.
>Rory E. Adams, Esq.
>David B. Goroff, Esq.
>Alan M. Noskow, Esq.
>Brittany Nelson, Esq.
>Foley & Lardner, LLP
>300 K Street N.W., Ste. 600
>Washington, DC 20007-5109
>*Attorney for Appellee National Heritage Foundation, Inc.*

>**/s/ John F. Bloss**
>*Counsel for Appellants*