Nos. 14-1541, 14-1543, 14-1576 (cons.)

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**In re: National Heritage Foundation, Incorporated**, Debtor.

---

**Jonathan D. Miller; Nye, Peabody, Stirling, Hale & Miller, LLP;
Daniel Joseph Schendzielos; Schendzielos & Associates, LLC,
John R. Behrmann; Nancy Behrmann,** Appellants

v.

**National Heritage Foundation, Inc.,** Appellee

---

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA, AT ALEXANDRIA
No. 1:13-cv-01181-LMB-TCB

---

**APPELLEE NATIONAL HERITAGE FOUNDATION, INC.'S
UNOPPOSED MOTION TO CORRECT CAPTION**

---

Appellee National Heritage Foundation, Inc. ("NHF"), by its attorneys, pursuant to Federal Rule of Appellate Procedure 27(a), respectfully moves the Court to correct the Court's official caption in this appeal, and in support thereof states as follows:

1.  This appeal arises out of an order of civil contempt and award of sanctions entered by the United States Bankruptcy Court for the Eastern District of Virginia and affirmed by the United States District Court for the Eastern District of Virginia against Appellants John R. Behrmann, and Nancy Behrmann and their

4850-1774-1344.3

attorneys and those attorneys' law firms.  The parties to this appeal are John R. Behrmann; Nancy Behrmann; Jonathan D. Miller; Nye, Peabody, Stirling, Hale & Miller LLP; Daniel Joseph Schendzielos; and Schendzielos & Associates, LLC as Appellants, and NHF as Appellee.  There is no "creditor," trustee" or other "debtor" at issue.

      2.      Nonetheless, the caption that the Court has used in its Orders in this appeal continues to have extraneous individuals and entities listed as parties to the appeal, along with certain other inaccurate information.

      3.      For example, it lists Ms. Janet Ridgley as a "debtor."  Ms. Ridgley, who is an officer of NHF, is not a debtor and never has been.  Naturally, one who is not a debtor should not be held out as one.  Ms. Ridgley is not a party to this appeal.

      4.      Others who are not parties to the appeal and improperly listed are the Official Committee of Unsecured Creditors of National Heritage Foundation, Inc., and Judy A. Robins, II, as Trustee.

      6.      NHF therefore respectfully requests that this Court correct the caption.

**Local Rule 27(a) Certification:**  One of NHF's attorneys, David B. Goroff, has spoken with counsel for Appellants, John F. Bloss, who does not oppose the granting of this motion.

WHEREFORE, NHF respectfully prays that the Court grant this motion and correct the caption to read as indicated in Exhibit A.

Dated: November 12, 2014  Respectfully submitted,

/s/ *David B. Goroff*
Erika L. Morabito
Foley & Lardner LLP
3000 K Street NW, Suite 600
Washington, DC 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
Email: emorabito@foley.com

David B. Goroff
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312)832-4500
Facsimile: (312) 832-4700
Email: dgoroff@foley.com

ATTORNEYS FOR APPELLEE
NATIONAL HERITAGE FOUNDATION, INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that, on the 12th day of November, 2014, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John F. Bloss
Higgins Benjamin, PLLC
101 W. Friendly Ave., Ste. 500
Greensboro, NC  27401
Telephone:  (336)-273-1600
Facsimile:  (336)-274-4650
jbloss@greensborolaw.com

Daniel J. Schendzielos, Esq.
Colorado Trial Lawyers & Legal Services, LLC
8547 East Arapahoe Road, Suite J-534
Greenwood Village, CO 80112
Telephone:  (303) 330-1234
Facsimile:   (303) 957-2382
Email:         denverdaniel@gmail.com

Jonathan D. Miller
Nye, Peabody, Stirling, Hale & Miller
33 West Mission Street, Suite 201
Santa Barbara, CA  93101
Telephone:  (805) 963-2345
Facsimile:  (805) 563-5385
Email:         jonathan@nps-law.com

                                                /s/ *David B. Goroff*
                                                Erika L. Morabito
                                                Foley & Lardner LLP
                                                3000 K Street NW, Suite 600
                                                Washington, DC 20007
                                                Telephone:  (202) 672-5300
                                                Facsimile:   (202) 672-5399
                                                Email:         emorabito@foley.com

# EXHIBIT A

**Nos. 14-1541, 14-1543, 14-1576 (cons.)**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**In re:  National Heritage Foundation, Incorporated**, Debtor.

───────────────────────────────

**Jonathan D. Miller; Nye, Peabody, Stirling, Hale & Miller, LLP;
Daniel Joseph Schendzielos; Schendzielos & Associates, LLC,
John R. Behrmann; Nancy Behrmann,** Appellants

v.

**National Heritage Foundation, Inc.,** Appellee

───────────────────────────────

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA, AT ALEXANDRIA
No. 1:13-cv-01181-LMB-TCB

───────────────────────────────