FILED: November 13, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1541 (L)
(1:13-cv-01181-LMB-TCB)
(09-10525-BFK)

_____

JONATHAN D. MILLER; NYE, PEABODY, STIRLING, HALE & MILLER, LLP

      Appellants

v.

NATIONAL HERITAGE FOUNDATION, INCORPORATED

      Appellee

_____

O R D E R
_____

Upon consideration of the unopposed motion to correct caption, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk