IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Case Nos. 14-1541(L), 14-1543, and 14-1576 (Consolidated)
(1:13-cv-01181-LMB-TCB)
(09-10525-BFK)

| | |
|---|---|
| In re: NATIONAL HERITAGE FOUNDATION, INC., <br>     Debtor <br> ------------------------------ <br> JONATHAN D. MILLER, et al., <br>     Appellants, <br> v. <br> NATIONAL HERITAGE FOUNDATION, INC., <br>     Debtor-Appellee. | |
| In re: NATIONAL HERITAGE FOUNDATION, INC., <br>     Debtor <br> ------------------------------ <br> DANIEL J. SCHENDZIELOS, et al., <br>     Appellants, <br> v. <br> NATIONAL HERITAGE FOUNDATION, INC., <br>     Debtor-Appellee. | UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF <br> (Fed. R. App. P. 26(b)) |
| In re: NATIONAL HERITAGE FOUNDATION, INC., <br>     Debtor <br> ------------------------------ <br> JOHN R. BEHRMANN, et al., <br>     Appellants, <br> v. <br> NATIONAL HERITAGE FOUNDATION, INC., <br>     Debtor-Appellee. | |

PURSUANT to Federal Rule of Appellate Procedure 26(b), Appellants in the above matters move for a 10-day extension of the time for filing their Reply Brief, to and including January 12, 2015. In support of this motion, Appellants show the Court as follows:

1. Appellee National Heritage Foundation, Inc., filed its Response Brief in the above appeal on December 15, 2014. Accordingly, Appellants' Reply Brief is due on January 2, 2015.

2. Because of Appellants' counsel's holiday travel plans, other impending deadlines, and the complexity of the fact and legal issues involved in this appeal, Appellants' counsel require an additional 10 days, until January 12, 2015, to prepare their Reply Brief.

3. Undersigned counsel has conferred with counsel for Appellee, Erika Morabito, who advised that Appellees do not oppose the requested extension of time.

WHEREFORE, Appellants respectfully request that the Court extend the deadline for the filing of their Reply Brief by 10 days, to and including January 12, 2015.

This, the 19th day of December, 2014.

**/s/ John F. Bloss**
John F. Bloss
Higgins Benjamin PLLC
101 West Friendly Ave., Suite 500
Greensboro, NC 27401
jbloss@greensborolaw.com

**/s/ Lelia Winget-Hernandez**
Lelia Winget-Hernandez VSB# (46183)
WINGET-HERNANDEZ, P.C.
5570 Richmond Rd., Suite 201
Troy, Virginia 22974
Telephone: 434-589-2958
lelia@winget-hernandez.com

**/s/ Jonathan D. Miller**
Jonathan D. Miller
Nye, Peabody, Stirling, Hale & Miller LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
jonathan@nps-law.com

**/s/ Daniel J. Schendzielos**
Daniel J. Schendzielos
Schendzielos & Associates LLC
8547 East Arapahoe Road, Suite J-534
Greenwood Village, CO 80112
denverdaniel@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Erika L. Morabito, Esq.
>Rory E. Adams, Esq.
>David B. Goroff, Esq.
>Alan M. Noskow, Esq.
>Brittany Nelson, Esq.
>Foley & Lardner, LLP
>300 K Street N.W., Ste. 600
>Washington, DC 20007-5109
>*Attorneys for Appellee National Heritage Foundation, Inc.*

**/s/ John F. Bloss**
*Counsel for Appellants*